IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 81

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUSTIN DENVER GILL | ) | |
| _____ | ) | |

This matter is before the Court regarding amendment of Defendant's conditions of release.

Neither party has objected to a change of Defendant's conditions as referenced in that Order filed on November 19, 2020 (Doc. 24).

**IT IS THEREFORE ORDERED THAT:**

1. The Amended Order Setting Conditions of Release (Doc. 22) is **MODIFIED** and **AMENDED** and the following conditions are imposed pursuant to 18 U.S.C. § 3142(c)(1)(B):

   a. Defendant shall abide by a curfew and be restricted to his residence every day during the hours of 8:00 p.m. to 6:00 a.m..

2. The additional terms and conditions as set forth in the Amended Order Setting Conditions of Release (Doc. 22) remain in place.

Signed: November 20, 2020

W. Carleton Metcalf
United States Magistrate Judge